IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN PERSON, a minor, by his Father and Next Friend, COREY PERSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-09352 |
| PEOTONE COMMUNITY UNIT SCHOOL DISTRICT 207-U | ) ) ) | Complaint for Violation of Civil Rights |
| Defendant. | ) ) | **JURY DEMANDED** |

### COMPLAINT

Plaintiff, BENJAMIN PERSON, a minor, by his Father and Next Friend, COREY

PERSON, by and through his attorneys, the Law Offices of Stephanie L. White, P.C., brings this

Complaint against Defendant, PEOTONE COMMUNITY UNIT SCHOOL DISTRICT 207-U,

and alleges as follows:

### INTRODUCTION

1.     This is an action under Title VI of the Civil Rights Act of 1964, 42 U.S.C. §

2000(d), arising from Defendant, Peotone Community Unit School District 207-U's, deliberate

indifference to a racially hostile educational environment within its schools.

2.     Plaintiff, Benjamin Person, is an African American student who attended Peotone

High School, which is owned and operated by Defendant, and was subjected to race-based

harassment, racial exclusion, racially derogatory conduct, threats, differential treatment, and an

educational environment in which anti-Black hostility was repeatedly tolerated, minimized, and

inadequately addressed by school officials.

3.     Plaintiff's claim is not based on one isolated incident. Plaintiff's claim arises from

a longstanding and escalating pattern of race-based harassment, racial humiliation, racial

1

exclusion, racially derogatory imagery, threats of violence, differential discipline, inadequate administrative responses, and deliberate indifference to the safety and educational access of African American students within Defendant's schools.

4. Defendant had actual knowledge of the racially hostile environment through direct reports from students, parents, grandparents, school employees, community members, and school board meeting statements, as well as through incidents occurring in classrooms, school buses, athletic programs, lunchrooms, school assemblies, and other school-controlled environments.

5. Despite this knowledge, Defendant attempted to conceal what was going on at the school from the Plaintiff's parents, failed to take prompt, reasonable, and effective remedial action sufficient to end the harassment, prevent its recurrence, protect African American students, or ensure Plaintiff's equal access to educational programs and activities.

6. Defendant's deliberate indifference caused Plaintiff to suffer emotional distress, humiliation, fear for her safety, loss of access to school programs and activities, and deprivation of the educational benefits and opportunities provided to white students.

**JURISDICTION AND VENUE**

7. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d.

8. This Court has authority to award damages, declaratory relief, injunctive relief, attorney's fees, costs, and all other appropriate relief.

9.     Venue is proper in this District under 28 U.S.C. § 1391 because Defendant is located in this District, the events giving rise to Plaintiff's claims occurred in this District, and Defendant operates the schools at issue within this District.

## PARTIES

10.     Plaintiff is an African American student born on September 25, 2008, who attended Peotone High School during the relevant period.

11.     Plaintiff was a member of the Peotone High School Class of 2026.

12.     Defendant Peotone Community Unit School District 207-U is a public school district operating schools in and around Peotone, Illinois.

13.     Defendant operates Peotone High School and other schools attended by the students referenced in this Complaint.

14.     Defendant receives federal financial assistance and is therefore subject to Title VI of the Civil Rights Act of 1964.

15.     At all relevant times, Defendant acted through its administrators, employees, teachers, coaches, agents, board members, and representatives.

## FACTUAL ALLEGATIONS

**A.     The District's Longstanding Racially Hostile Environment Predated Plaintiff's Most Direct Harassment.**

16.     Defendant's racially hostile environment did not begin with the events immediately involving Plaintiff. The environment developed over many years and reflected a pattern of racial exclusion, racial humiliation, normalization of anti-Black slurs, and inadequate administrative responses.

3

17.     In or around early 2013, Sanaia G., an African American female student, attended Green Garden Elementary School within Peotone Community Unit School District 207-U for kindergarten and first grade.

18.     At that time, Green Garden Elementary School's demographic makeup was more than 98% Caucasian.

19.     Because Sanaia G. was one of only a few African American students in the school, she was ignored by peers and felt left out by her grade-school classmates.

20.     Roxann M., Sanaia G.'s grandmother, attended a conference with Green Garden Elementary School Principal Carleen Schmidt to seek solutions regarding Sanaia's exclusion and isolation.

21.     During that conference, Roxann M. observed that the school's timeline display of United States Presidents did not include President Barack Obama, even though he was then the current President of the United States and had been in office for more than three years.

22.     Before Roxann M. even stated that she had noticed President Obama's exclusion from the presidential display, Principal Schmidt immediately stated that the school was still looking for a location to place Barack Obama.

23.     This incident reflected a broader atmosphere within Defendant's schools in which African American identity, history, and dignity were marginalized or treated as an afterthought.

24.     In February 2016, when Sanaia G. was in third grade at Peotone Elementary School, she was one of approximately three Black students in a class and school environment that was approximately 98% Caucasian, with the remaining students identified as "other."

25.     During Black History Month, individual classrooms were staged as different plantations.

26.     During this Black History Month activity, students portrayed enslaved persons and teachers portrayed slave masters.

27.     The white teachers were rendered as slave masters.

28.     Students portraying enslaved persons were sent on a scavenger hunt from room to room.

29.     If the students found their "Freedom Papers," they were "set free."

30.     If the students did not find their "Freedom Papers," they remained enslaved by their white "Slave Masters," who were their teachers.

31.     The activity occurred in a third-grade classroom environment in which there were approximately three Black students, approximately 98% white students, and the rest "other."

32.     According to the Illinois School Directory, Kristin Taylor was the principal in 2016.

33.     This activity racially humiliated African American students and normalized treating slavery as a game in a predominantly white elementary school environment.

34.     During the 2017–2018 school year, while in fifth grade and riding the school bus home from Peotone Intermediate School, Sanaia G. was told by Hanna, her former kindergarten best friend and a Caucasian female student, "I can't be your friend anymore because you're Black."

35.     This incident reflected open racial rejection of African American students by white peers during school-related transportation.

36.     On May 3, 2021, on an app called "House Party," Rorey H., a Peotone student identified as Caucasian/Filipino and then in eighth grade, posted a picture of Sanaia G., an African American female student then in eighth grade, with a headline stating, "Fuck Niggers."

37. Rorey H. circulated the post to various Peotone students.

38. Gabby, a Caucasian female eighth-grade Peotone student, responded to the post by stating, "so funny Rorey."

39. Gabby then notified Sanaia G. of the post during school hours by sending Sanaia a screenshot.

40. Peotone Junior High School Principal, Scott Wenzel, was notified of the racist post by Sanaia's grandmother, Roxann M.

41. Despite the racist nature of the post and the school's knowledge of it, Rorey H. was still allowed to participate in the eighth-grade graduation ceremony.

42. In October 2021, during Peotone High School boys' basketball team tryouts, Darius B., an African American student in the Peotone Class of 2024, did not make the basketball team.

43. Based on observations of the skill level of other male Peotone students who did make the team, there was reasonable suspicion that Darius B.'s skill level was not the reason he was cut.

44. Peotone High School basketball coach Ronald Oloffson was known for racist behavior and comments.

45. Members of the Peotone Girls Basketball Team witnessed Marquise W., an African American student in the Class of 2023, being called a "Nigger" by basketball coach Ronald Oloffson.

46. Marquise W. was the only African American student to make the boys varsity basketball team.

47. Ronald Oloffson was also a substitute teacher at Peotone High School.

48.     Ronald Oloffson was reported to Principal Spang for saying the word "Nigger" while reading text from the book Of Mice and Men.

49.     Ronald Oloffson was reported by the father of Saniyah R., Dr. Quantel R.

**B.      Plaintiff Experienced Direct Race-Based Harassment and Discriminatory Treatment While He Was Enrolled Within the District.**

50.     During the 2021 – 2022 school year, when Plaintiff was approximately twelve and thirteen years old and attending Peotone Middle School, Plaintiff was repeatedly subjected to racial harassment by a white student named, Nick.

51.     On numerous occasions, Nick referred to Benjamin as a "Spider Monkey" and directed other racially offensive comments toward Plaintiff.

52.     This conduct occurred inside the classrooms, hallways, and other open spaces inside of the school while teachers and staff were present to overhear it.

53.     Despite having knowledge of the foregoing racial taunting and harassment, no one at the District made any effort to investigate Nick's conduct or take any steps to prevent it, such that the harassment continued for years.

**C.      Plaintiff's Sister, Kristen P., Experienced Race-Based Exclusion and Discriminatory Treatment on the Peotone High School Girls Soccer Team.**

54.     In March 2022, Plaintiff's sister Kristin P., an African American student in the Class of 2025, joined the Peotone High School Girls Soccer Team.

55.     The tryouts for the Peotone High School Girls Soccer Team yielded such a small turnout that everyone who tried out made the teams.

56.     Kristen P. and Tavionna R., another African American student in the Class of 2025, were the only two African American teammates out of approximately twenty-five girls who made up the junior varsity and varsity teams combined.

57.     Twice a week, team captains Danielle, a Caucasian student in the Class of 2023, and Matty, a Caucasian student in the Class of 2023, chose practice scrimmage teams by taking turns choosing from approximately twenty-three teammates.

58.     Across approximately twenty scrimmage matchups, the team captains were given approximately twenty opportunities to choose players for their teams.

59.     Approximately 87% of the time, Tavionna R. was chosen among the last five girls remaining.

60.     Approximately 98% of the time, Kristen P. was picked last.

61.     By allowing such blatant behavior to occur, Peotone High School's girls' soccer coaches allowed Kristen P. and Tavionna R. to be discriminated against and treated unfairly by their teammates and peers.

62.     Kristen P. found it extremely hard to connect with her peers on the Peotone High School Girls Soccer Team.

63.     The team coaches failed to correct and redirect Caucasian female soccer players regarding their discriminatory behavior toward African American players.

64.     Because of the negative experience, unfair treatment, and lack of protection from her soccer coaches, Kristen P. did not try out for the soccer team the following year.

65.     The Peotone High School girls' soccer coaches were also teachers at Peotone High School.

66.     Mr. Myers, one of the girls' soccer coaches, taught algebra.

67.     Ms. Whiteside, another girls' soccer coach, taught science.

68.     Kristen P. was able to connect with only four soccer teammates: Tavionna, an African American student in the Class of 2025; Makela, a Caucasian student in the Class of

2023; Jasmine, a Caucasian student in the Class of 2023; and Elizabeth, a Caucasian student in the Class of 2025.

69. Kristen P. felt that she could not remain friends with Elizabeth after learning that Elizabeth had called Marcus, an African American student in the Class of 2025, a "Nigger."

70. Elizabeth and Marcus's sister, an African American student in the Class of 2024, were sent to Assistant Principal, Amy Adamow's, office when an argument between them almost turned physical.

71. It is presently unknown whether Elizabeth received punishment for calling Marcus a "Nigger."

72. The racial hostility Kristen P. experienced on the soccer team was not isolated from the broader racial climate at Peotone High School. It occurred in a school environment where anti-Black slurs, discriminatory conduct, and administrative inaction had already become normalized.

**D.     Race-Based Incidents Continued Throughout Peotone High School During the 2022–2023 School Year.**

73. In approximately December 2022, Qualyndria R. witnessed Christopher P., a Caucasian Peotone High School student in the Class of 2024 and the son of Peotone High School Photoshop teacher Mrs. Padlirulo, display the word "Nigger" during class.

74. In 2022, Darius B., an African American Peotone High School student in the Class of 2024, was on the school bus heading home when he was overheard by a Caucasian female school bus driver, whose name is presently unknown, saying the word "Nigga" during a friendly, non-hostile, random conversation with Victor, a Hispanic student in the Class of 2023.

75. The use of the word "Nigga" by an African American to a friend is considered a term of endearment today.

9

76. The Peotone school bus driver reported Darius B. to Peotone High School administration.

77. Darius B. and the Hispanic male peer were called into a conference with Peotone High School Assistant Principal Paul Taeuber.

78. Assistant Principal Taeuber informed the students that video from the bus had been pulled and that, after reviewing the video, he could hear Darius B. saying the word "Nigga."

79. Assistant Principal Taeuber issued Darius B. a three-day home suspension and a one-day in-school suspension.

80. This discipline stood in sharp contrast to Defendant's lighter and ineffective responses to white or non-Black students who used the word "Nigger," circulated racist materials, threatened Black students, or participated in racist harassment.

81. In September 2022, Peotone High School held an assembly at which faculty and the entire student body were present.

82. During that assembly, Qualyndria R., an African American female student in the Class of 2026, was airdropped a picture sent by Hayden M., a Caucasian male student in the Class of 2026.

83. The picture depicted a Black man picking cotton and was titled "Farming Simulator."

84. Qualyndria turned around and asked Hayden M., "what is this?"

85. Hayden M. laughed at the fact that Qualyndria was upset.

86. School teachers and staff were aware of the airdropped "farming simulator picture, but they failed to promptly notify administration.

87. In September 2022, during Ms. Johnson's fifth-period biology class at Peotone High School, Qualyndria R. was greeted with "what's up my nigga" by Omero I., a Hispanic male student in the Class of 2026, on most occasions and by Andres T., a Hispanic male student in the Class of 2026, on a few occasions.

88. These statements occurred while Ms. Johnson, the biology teacher, was in the classroom.

89. During the same biology class, Andres T. called Qualyndria R. a "nigger."

90. Andres T. also openly made statements to Plaintiff including "shut up you're black" and "who cares you're black" while teachers and staff were present in the classroom.

91. Esmerelda, a Hispanic female student in the Class of 2026, witnessed these events.

92. The words "Nigga" and "Nigger" were used at school in the presence of faculty, and approximately 95% of the time nothing was said or done.

93. Throughout the Plaintiff's enrollment at Peotone High School, the building and its premises were repeatedly marked with racist statements, such as the word "Nigger," on its sidewalks (Exhibit A) and inside the building (Exhibit B).

**E.      Sanaia G. Was Subjected to Racially Charged Harassment by Football Players, and Defendant Failed to Protect Her After Notice.**

94. In October 2022, members of Peotone High School's varsity football team openly bullied Sanaia G., an African American student in the Class of 2025, during school hours by referring to her physical appearance in comparison to a Disney character named "Ray."

95. "Ray" is the name of a deformed lightning bug from the Disney movie The Princess and the Frog, who has a dark skin complexion.

96. The football players involved included Anthony A., Isaac R., Alex C., Liam W., and David.

97. In Photoshop class, David, a Caucasian student in the Class of 2023, and Alex, a Hispanic student in the Class of 2023, would randomly call out "Ray" in the presence of the Photoshop class teacher.

98. Gianna B., a Caucasian student in the Class of 2023, and Rylie D., a Caucasian student in the Class of 2023, witnessed the Photoshop class bullying.

99. In U.S. History class, Isaac R., a Hispanic male student in his junior year, would fake sneezing and blowing his nose.

100. Isaac R. would continuously get up, walk past Sanaia's desk, and fake-sneeze the name "Ray."

101. Isaac R.'s conduct occurred in the presence of the U.S. History teacher.

102. Lizet B., a Caucasian student in the Class of 2025; Lana R., a Caucasian student in the Class of 2024; Nicole S., a Caucasian student in the Class of 2025; and Plaintiff's sister, Kristen P., an African American student in the Class of 2025, witnessed the U.S. History bullying.

103. In the Peotone High School hallways, if Anthony, a Hispanic student in the Class of 2025, and other members of the Peotone High School football team knew Sanaia was within hearing distance, they would say "Ray" and repeat it loudly enough for Sanaia to hear.

104. Rorey H., a Caucasian/Filipino student in the Class of 2025, was present most of the time but did not participate in the bullying.

105. On the morning of October 21, 2022, Sanaia G.'s mother, Nicole M., and grandmother, Roxann M., held a conference with Athletic Director Steve Strough, Officer

Stankus, Principal Jason Spang, and Assistant Principal Amy Adamow regarding the bullying by members of the senior football team.

106. During that meeting, Principal Jason Spang stated that the allegations would be investigated.

107. No actions were taken against the students at that time.

108. No follow-up occurred.

109. No safety plan was enacted, and the bullying continued.

110. Later that afternoon, on October 21, 2022, after the meeting with school officials, videos were recorded on Peotone High School's Career bus of Sanaia G. being called "Black Nigger," "White Nigger," "hate Nigger," "fuck that Nigger," and "that Bug Eyed Nigger."

111. Throughout the video, in reference to Sanaia G., students made the frog sound "ribbit," directly relating to the Disney movie The Princess and the Frog and to the deformed, dark skinned lightning bug character "Ray."

112. Liam W., a Caucasian student in the Class of 2023, was one of the students on the bus heard in the video calling Sanaia G. names.

113. Video evidence exists regarding this incident.

114. On October 22, 2023, Roxann M. and Reginald M., Sanaia's grandparents, notified the school of the videos.

115. Members of the football team were pulled out of school on that Thursday.

116. The offending football players were still allowed to play in the school's last big football game of the season that Friday.

117. Plaintiff was aware of the racially charged harassment that was being committed against Sanaia G and Defendant's failure to prevent it from occurring, as those events transpired.

13

118.     Defendant's response communicated to African American students, including Plaintiff, that severe racial harassment would not be treated with urgency or seriousness.

**F.      Plaintiff's Sister, Kristen P., and Other African American Girls Were Targeted in the Lunchroom While Defendant Failed to Take Meaningful Action.**

119.     On multiple occasions from October 2022 through May 2023, Peotone High School Assistant Principal Amy Adamow and a Caucasian female lunchroom monitor were notified on multiple occasions that approximately four tables containing Caucasian students were throwing food during Period B lunch at the table where Qualyndria R., Sanaia G., Saniyah R., and Kristen P. sat together.

120.     The food thrown at the African American students included, but was not limited to, apples, boiled eggs, large grapes, and oranges.

121.     However, Christopher T. was caught by the girls throwing cucumbers at them.

122.     Rorey H., a Caucasian/Filipino student in the Class of 2025; Ethan F., a Caucasian student in the Class of 2024; and Jacob W., a Caucasian student in the Class of 2024 who threw cucumbers, were among the students sitting at the tables from which food was being thrown.

123.     Despite being informed multiple times by the African American female students that food was being thrown at them, Assistant Principal Adamow addressed students at the suspected tables only once, despite continued bullying, racism, and harassment.

124.     The Caucasian female lunchroom monitor, approximately four feet eleven inches tall, in her early sixties, with a short gray bob hairstyle, was also seen speaking with the suspected tables.

125.     Whatever conversation took place between the lunchroom monitor and the suspected tables resulted in the lunchroom monitor laughing with them, and the episodes of

14

throwing food at the African American students continued while staff was present in the lunchroom.

126. Defendant's failure to meaningfully stop the food throwing contributed to Plaintiff's hostile educational environment and reinforced that African American girls could be physically targeted in school spaces without effective protection.

**G.** **Additional Racial Incidents and Disparate Treatment Occurred During the Same School Year.**

127. In December 2022, while in physical education class at Peotone High School, Plaintiff's sister, Kristen P., was having a conversation with Saniyah R., an African American student in the Class of 2025, and Laurn R., a Caucasian student in the Class of 2025.

128. Joel, a Caucasian student in the Class of 2025, interrupted the conversation and, out of nowhere, said, "Oh…. Nigger."

129. Kristen P. asked Joel, "What did you just say?"

130. Joel repeated, "Oh…. Nigger."

131. Later that day, Kristen P. shared with her brother and her African American Period B lunch friends what had happened in physical education class with Joel.

132. Qualyndria R., Sanaia G., Gianna, and Saniyah R. asked Joel at lunch how he thought it was acceptable for him to say "Nigger."

133. Joel responded that he and his other Caucasian friend say it all the time.

134. The girls told Joel that it was never acceptable to say "Nigger."

135. In December 2022, Qualyndria R. witnessed Peotone High School Algebra teacher, Christie Matthews, mockingly imitate the accent of John M., an Asian student in the Class of 2026.

136. The entire fourth-period Algebra class in attendance that day was present for the incident.

137. Students present included Annelyse B., a Caucasian student in the Class of 2026, Cora P., a Caucasian student in the Class of 2026, Paisley L., a Caucasian student in the Class of 2026, Isabel S., a Caucasian student in the Class of 2026, and Everett C., a Caucasian student in the Class of 2026.

138. Peotone High School Principal Jason Spang and Assistant Principal Amy Adamow later that same day called students in to question them about what occurred in fourth-period Algebra class with teacher Christie Matthews.

139. Approximately two to three months later, fourth-period Algebra student Everett C. informed Qualyndria that Christie Matthews was telling other students in her BDS class, also known as Study Hall, that it was Qualyndria who reported her, resulting in Matthews being unable to return to teach at Peotone High School the next school year.

140. Christie Matthews later became the same teacher who failed Qualyndria in Algebra.

141. In December 2022, Qualyndria R. witnessed Peotone High School Head Wrestling Coach Philip Thorne tell John M., an Asian student in the Class of 2026, "Asian John get away from them."

142. Coach Thorne was referring to Qualyndria R., Annelyse B., Cora P., Chelsea B., and Shannon B. when he said "them."

143. Qualyndria R., Annelyse B., Cora P., Chelsea B., and Shannon B. were all Peotone High School girls' basketball team members.

144. They were standing outside of the Peotone High School gym doors by the school's trophy case with John M. when Coach Thorne made the statement.

145. During the 2022–2023 girls basketball season, Qualyndria R. was the only African American student on the Peotone High School junior varsity girls' basketball team.

146. Qualyndria was subjected to constant ridicule from Caucasian teammates.

147. Basketball players Payton B., a Caucasian student in the Class of 2026; Mallory S., a Caucasian student in the Class of 2026; Allie W., a Caucasian student in the Class of 2025; and Alyssa L., a Caucasian student in the Class of 2025, would not initiate statements but would agree with teammate Isabella D., a Caucasian student in the Class of 2026, when Isabella made statements such as "you're not taking basketball serious," "you don't know what you're doing," and "just make sure you pass the ball."

148. Isabella D. singled Qualyndria out on a consistent basis.

149. Isabella made her animosity toward Qualyndria known by throwing up her hands, rolling her eyes, making simple statements in a snappy manner, and making other statements such as "ugh, you just don't get it."

150. Qualyndria came home on multiple occasions very upset and crying.

151. Qualyndria made statements such as, "I'm on the team but they go out of their way to make sure I don't feel part of the team."

152. Sometimes Qualyndria would play a maximum of three minutes at the end of a basketball game.

153. Most of the time, Qualyndria would not receive any playing time at all.

17

154. Because she was bullied by teammates, treated differently by Coach, Jim Wedic, and experienced normalization of racism at school, Qualyndria felt hopeless and did not report her experiences.

155. From January through April 2023, during Ms. Johnson's BDS class, also known as Study Hall, Aiden S., a Caucasian student in the Class of 2026, posted multiple distorted pictures of George Floyd.

156. The pictures resembled George Floyd's head as an overfilled balloon ready to pop with a small body.

157. Aiden printed the pictures from the school's computer.

158. After Biology teacher Ms. Johnson took the pictures down, Aiden stated, "you can keep taking them down, I will only keep putting more up."

159. Qualyndria R., Mallory S., Isabel S., Katelyn S., and Saniyah R. were among the students who witnessed this incident.

160. From January through April 2023, Andres T., a Hispanic student in the Class of 2026, sat next to Qualyndria R. in Ms. Emily Johnson's biology class.

161. In class, when Qualyndria attempted to participate, Andres T. would lean over and make statements including "shut up your black" and "who cares your black" in front of the teacher.

162. In February 2023, Qualyndria R., as the oldest child, took on the task of portraying a positive role model for her younger siblings.

163. Those around Qualyndria, including family, friends, and other teachers, described her as respectful, upstanding, and mild-mannered.

164. However, in a conference with Qualyndria's parents, Shavon B. and Jahmille B., Algebra teacher Christie Matthews described Qualyndria differently from anything her parents had ever heard.

165. Christie Matthews stated that Qualyndria had a "disrespectful" attitude and an "I don't care" demeanor because, according to Matthews, "Qualyndria wouldn't respond."

166. When questioned about her Algebra class, Qualyndria told her parents that she felt that Christie Matthews simply did not like her.

167. Qualyndria reminded her parents of the constant conflicting information Christie Matthews had given during the conference.

168. At first, Christie Matthews gave Qualyndria a zero for her work, stating that Qualyndria had not turned in her homework.

169. When Qualyndria insisted that she had turned in her work, Matthews stated that Qualyndria received a zero because her homework was not correct.

170. Qualyndria reminded Matthews that Matthews did not grade based on homework being correct but based on completion.

171. Only then did Christie Matthews give Qualyndria credit for her homework assignments.

172. Qualyndria's observation of Christie Matthews' treatment held validity because, in December 2022, Matthews had been reprimanded for a racist statement toward John M., an Asian student in the Class of 2026.

173. During the February 2023 period of the conference involving Qualyndria's parents, student Everett C. informed Qualyndria that Christie Matthews was telling other

students in her BDS class that it was Qualyndria who reported her, resulting in Matthews being unable to return to teach at Peotone High School the next school year.

174. Qualyndria did not perform well on her Algebra exam and was only points away from passing Christie Matthews' class.

175. Assistant Principal Amy Adamow, when speaking with Qualyndria's mother Shavon, stated that because school administrators were aware of recent horrendous events involving Qualyndria, Adamow had spoken with Christie Matthews about providing Qualyndria with the few extra points she needed or allowing her to earn extra credit in order to pass Algebra.

176. Assistant Principal Adamow stated that Christie Matthews refused both solutions despite offering the same to other white students.

177. Assistant Principal Adamow further stated that she only asked because she was personally aware that, in the past under regular circumstances, Christie Matthews had provided both solutions to other white students.

178. As a result, Qualyndria was required to attend an at-home summer math course to receive credit for Algebra.

179. Plaintiff was aware of the racially charged harassment that was being committed against Sanaia G and Defendant's failure to prevent it from occurring, as those events transpired.

**H. The May 16, 2023 "Burn a Nigger Pass" Incident and Related Threats Directly Involved Plaintiff.**

180. On May 16, 2023, during Ms. Emily Johnson's first-period biology class at Peotone High School, Andres T., a Hispanic student in the Class of 2026, showed Qualyndria R. a picture of a "Nigger Pass" (Exhibit C)

181. The top right corner of the document stated in red, "Approved by a Nigger."

182. The body of the document stated, "James Hoffman certified nigger pass."

20

183. The bottom of the document stated, "allow to burn 1 nigger."

184. The name James Hoffman was fake.

185. The pass was allegedly made by Christopher T., a Caucasian student in the Class of 2026.

186. Picture evidence exists regarding this incident.

187. At approximately 3:10 p.m. on May 16, 2023, when Qualyndria got on the Peotone High School bus to go home, she notified Sanaia G., Saniyah R., and Plaintiff's sister, Kristsen P., about the "Burn a Nigger pass."

188. With a teacher in the classroom, Kristen P. sat in the seat next to Christopher T. and questioned him about the pass.

189. Qualyndria R., Sanaia G., Saniyah R., and Kristen P. proceeded to tell Christopher T. how the "Burn a Nigger" pass was very hurtful and egregious.

190. Overhearing the conversation between the four girls and Christopher T., Leo B., a Caucasian student in the Class of 2026, engaged in the conversation and stated that Christopher T. was not wrong for making the pass.

191. Leo B. stated that the African American girls should not make a big deal out of it because it was not the first time, would not be the last time, and was just going to keep happening.

192. During this time, Kristen P. voiced concern about racist group chats that both Leo B. and Christopher T. were part of.

193. Leo B. replied that there was no need to complain about the chat because there were plenty more student racist group chats doing the same thing.

21

194. Qualyndria told Leo B. that none of those group chats were acceptable and that what they were doing was wrong.

195. Leo B. responded by becoming aggressive, calling all four girls "bitches," and stating, "I'll knock the hell out of y'all."

196. Darius B., an African American student in the Class of 2024, and Joshua B., a Caucasian student in the Class of 2025, then got up and approached Leo B.

197. Darius B. and Joshua B. told Leo B. that if he put his hands on any one of the four girls, he would have a serious problem with them.

198. Qualyndria R., Sanaia G., Saniyah R., Kristen P., and Darius B. went home and notified their parents about the "Burn a Nigger pass" Christopher T. made, Leo B. calling the four girls "bitches," and Leo B. threatening them.

199. On May 17, 2023, at approximately 8:00 a.m., in the Peotone High School lunchroom, Leo B. made unbreakable eye contact with Qualyndria R. as he approached her and continued the eye contact as he walked past her into the school restroom.

200. On May 17, 2023, at approximately 8:10 a.m., Qualyndria R. saw Sanaia G. approaching the main door to Peotone High School on crutches.

201. Qualyndria went to the door to help Sanaia.

202. At that moment, they saw Christopher T.

203. Christopher T. continued his harassment that morning as he approached Qualyndria and Sanaia.

204. Christopher T. gave an intimidating smile and sarcastically said, "Hi."

205. Not wanting to engage Christopher T. because of the events from the day before, Qualyndria and Sanaia kept walking.

22

206. Christopher T. responded by stating, "Fuck y'all, y'all racist."

207. The girls did not respond.

208. This was reported to the Peotone High School Principal and to the Peotone Police Department by the parents of Darius B., Sanaia G., Qualyndria R., and Kristen P.

209. On May 17, 2023, at approximately 8:15 a.m., near Qualyndria R.'s locker on the first floor across from the school library, Jordan K., a Caucasian student in the Class of 2026, and Jack H., a Hispanic student in the Class of 2024, who were friends of Leo B. and Christopher T., stated, "I hope Leo beats all their asses."

210. On May 17, 2023, during the first meeting with school administration, Peotone School Administration was informed of all of the racial events that had not previously been reported.

211. During that meeting, school administration was again informed about events that had previously been reported.

212. During that meeting, school administration was updated on the events of May 16, 2023, including the "Burn a Nigger pass," the bus altercation that followed, and Leo B.'s threats.

213. Roxann M. requested multiple times that school administrators check Leo B. and his belongings for weapons due to the threats that had been made.

214. Leo B.'s belongings were not checked until the following day, after Police Chief David Demik asked Principal Spang and Superintendent Steve Stein to respect Roxann M.'s request.

215. The parents also asked school administration to pull the camera footage from the bus for May 16, 2023.

216. During the meeting, Joshua B., a Caucasian student in the Class of 2026, stated that he was confused about why Darius B. received harsher punishment for saying "Nigga" during a friendly conversation while Wyatt S., a Caucasian Peotone High School student in the Class of 2025, received lighter punishment for a social media post, which was circulated to the Plaintiff's sister, Kristen P., and other students at Peotone High School, stating "Kill all the Niggers."

217. After initially denying knowledge of the existence of the threatening racist hate-crime video, Principal Jason Spang and Superintendent Steve Stein admitted that they were aware of the video and that Wyatt S. had received a punishment they determined.

218. Based on this conduct, one could conclude that Superintendent Stein and Principal Spang attempted to cover up the matter by failing to take appropriate reporting measures under the Illinois Firearm Owners Identification Card Act, including reporting the video in writing to the Illinois State Police within twenty-four hours.

219. School administration failed to notify African American students and parents of the death threats posed by this Peotone High School student.

220. The parents present at the May 17, 2023, meeting included Corey P., Roxanne M., Quantel R., and Donte B.

221. The students present included Sanaia G., Saniyah R., Darius B., Qualyndria R., Kristen P., and Joshua B.

222. The school administrators present included Superintendent Steve Stein, Principal Jason Spang, and Assistant Principal Amy Adamow.

223. Law enforcement present included Police Chief David Demik and an unknown Peotone police deputy.

224. On May 18, 2023, Principal Spang and Assistant Principal Adamow questioned the students.

225. The parents involved included Roxanne M., Nicole M., Quantel R., Donte B., and Kimberly B.

226. The students involved included Sanaia G., Saniyah R., Darius B., Qualyndria R., Kristen P., and Joshua B.

227. The school administrators involved included Superintendent Steve Stein, Principal Jason Spang, and Assistant Principal Amy Adamow.

228. On May 18, 2023, Peotone High School held a school assembly with the entire student body and faculty in attendance.

229. During the assembly, staff acknowledged the racism and claimed that racial harassment or bullying of any kind would not be tolerated.

230. Peotone High School student Anthony A., a Caucasian student in the Class of 2025, was one of many Caucasian students who vocalized during the assembly that it was a waste of time because they did not see an issue with saying the word "Nigger" because they did not like "Niggers."

231. Anthony A. announced during class hours, "We had to have this assembly all because of those Niggers, fuck Niggers, Nigger Nigger, I like saying that word."

232. This statement was reported to Principal Spang.

233. Qualyndria was unable to return to school after May 17, 2023, due to concerns for her mental health and well-being and due to safety concerns.

234. Arrangements were made for Qualyndria to take her final exams in another building with her mother outside the door.

25

235. Qualyndria was afraid to return to Peotone High School because she feared being killed because she was African American.

236. Darius B., Sanaia G., Saniyah R., Kristin P., and Plaintiff did not return to school after hearing their peers' reactions following the school assembly.

237. Darius B., Sanaia G., Saniyah R., Kristen P., and Plaintiff were allowed to take their final exams in the Peotone High School office.

238. Plaintiff's inability to return to the ordinary school environment after the May 2023 incidents reflected the culmination of the hostile environment and Defendant's failure to ensure equal and safe access to education.

**I.      The School Board Was Repeatedly Notified and Failed to Take Effective Action.**

239. On June 26, 2023, Shavon B. asked the Peotone School Board whether metal detectors were going to be installed at all schools because of safety concerns and racism.

240. The School Board assured those present that this was the plan and that cameras were being installed.

241. The School Board failed to enact those safety measures.

242. Donte B. informed the School Board of recent racial events that children of color had endured at Peotone.

243. The School Board did not respond.

244. Roxanne M. informed the School Board that her granddaughter had been a student in the Peotone School District since kindergarten.

245. Roxanne M. explained that, back in kindergarten, she noticed a potential issue with exclusion of African Americans when Barack Obama had been President for at least three

26

years but was missing from the Peotone Green Garden School United States presidential timeline display.

246. Roxanne M. also described that, in third grade during school hours on the school bus, Hanna, a Caucasian third-grade student and Sanaia's former kindergarten best friend, stated that she could not be Sanaia's friend anymore because Sanaia was Black.

247. Roxanne M. informed the School Board that, over the years, there had been multiple situations with multiple families involving exclusion of African Americans and racism by Peotone School District administrators.

248. Roxanne M. asked about the resolution that the NAACP had initiated and instructed Peotone High School to create.

249. The School Board's newly proposed resolution was no different from what already existed in the previous handbook, despite the District's knowledge of ongoing acts of violence and racism.

250. Roxanne M. stated that words on a piece of paper would not fix the problem.

251. Curriculum Director Brandon Owens said the new resolution reaffirmed the policy already in place.

252. The School Board took no action.

253. During the 2013 through 2023 school years, ongoing racial threats were made against minority students in District 207-U.

254. Roxanne M., along with other parents, stated that the school climate had to change.

255. One parent stated that a mass exodus of minority students had left District 207-U because of racist bullying.

256. Fulgencio and Owens confirmed that a Climate and Culture Committee would be established and would meet near the start of the school year.

257. The committee was supposed to include parents, staff, and administrators.

258. Stoub acknowledged that districtwide educational opportunities for diversity, equity, and inclusion needed to be investigated.

259. Stoub stated, "I'd at least like to explore the costs, not to say that we can commit to it."

260. Curriculum Director Brandon Owens acknowledged that a culture committee with parents, community members, and all stakeholders needed to be investigated and that current practices needed improvement.

261. To date, no changes have been made as promised.

262. Roxanne M. asked follow-up questions about the resolution drafted between the Peotone School District and NAACP representative Dr. Sandra Leconte.

263. Roxanne M. asked how the District planned to implement the resolution.

264. Roxanne M. also asked how the resolution differed from what was already in place.

265. The School Board acknowledged that it needed to make the environment safer for everyone.

266. Tim Stoub asked about implementing Diversity, Equity, and Inclusion programs for students.

267. On August 21, 2023, multiple Language Arts teachers, including Ms. B. Upton, Ashley K., an English teacher, and T. Nardi, spoke at a Peotone School Board meeting regarding racial issues that children of color were subjected to at Peotone High School.

268. These teachers addressed the School Board regarding the Board's intentional exclusion of books listed on the State of Illinois Lincoln list of literature centered on educating students about diversity and acceptance of others regardless of skin color, cultural differences, and sexual orientation.

269. It was also noted that all books approved by the School Board did not address subjects of diversity and were written by white male authors.

270. As a result of these actions, the School Board had been reported by one of its teachers of twenty-five years, Ms. Upton, to the Illinois State Board of Education.

271. Ms. Upton ended by stating that the teachers did not want to be associated with a district that gives voice to racism and antisemitism.

272. Teacher Upton advised the Board that she had reported the District to the Illinois State Board of Education due to rampant racism within the District.

273. Roxanne M., who was helping to raise her granddaughter Sanaia G., addressed the Board about racial harassment, discrimination, and bullying that her granddaughter had endured for over ten years in the Peotone School District.

274. Roxanne M., along with parents of her granddaughter's friends who were also African American, felt that they were left with no choice but to remove their children from the Peotone School District due to Peotone administration's willful neglect to provide their children with a safe, secure, and reassuring learning environment in which they could thrive like their Caucasian peers.

275. The Board did nothing to address Roxanne M.'s concerns.

276. Many African American male students also addressed the School Board and informed the Board of their experiences of racism from fellow Peotone High School students.

277. The Board did nothing to address their concerns and complaints.

278. On September 29, 2023, a school library worker of twenty-eight years attended a School Board meeting in support of what she stated were qualified Peotone English teachers.

279. The library worker addressed the School Board on the significant value of trusting those teachers to prepare student curriculum.

280. The library worker stated her opinion that teachers should be allowed to teach literature of diversity written by a diverse group of authors chosen from the State of Illinois Lincoln List.

281. The library worker explained how important it is to include such books in order to educate and prepare all students for the diverse world in which they will live and work.

282. Shavon B., mother of Qualyndria R., spoke on behalf of her daughter and her peers of color.

283. Shavon B. asked what guidelines had been set by the Peotone School Board and administration for timely action to ensure adequate and timely responses to future concerns.

284. Shavon B. also asked why there were still no consequences listed in the Peotone Student Handbook for racial harassment and threats against peers.

285. Shavon B. noted that other schools, such as Joliet Central District 204, clearly state in their handbooks that such behavior will not be tolerated and that consequences depend on severity, ranging from meetings with parents to in-school suspension, out-of-school suspension, and expulsion.

286. The Board failed to address these concerns and complaints.

287. On October 10, 2023, Roxanne M. again addressed the Peotone School Board.

288. Roxanne M. explained that her granddaughter Sanaia G. had been subjected to harassment, bullying, and being called the "N" word by another student in junior high.

289. That student received what Roxanne M. considered a slap on the wrist by receiving a light suspension at the end of the school year and was nevertheless allowed to participate in the graduation ceremony.

290. The same student went on to high school and became one of the main students on the school football team who continued to harass, bully, and use racial terms such as "Nigger" and "Bitch" and refer to Sanaia as "Ray," a deformed lightning bug from the Disney movie The Princess and the Frog.

291. Roxanne M. and Sanaia's mother notified the school in person of this harassment after Sanaia came home the day before in an inconsolable emotional breakdown and could no longer hide that she was again being bullied by the same boy from junior high and by his friends on the school football team.

292. School administration failed to take immediate action to protect Sanaia.

293. Roxanne M. and her husband had to return to the school the next day with videos of the boys calling Sanaia despicable names on the school Career bus the same afternoon that the family notified school administration of the bullying.

294. Roxanne M. questioned why the students were sent home that Wednesday or Thursday but still allowed to participate in the school's final football game of the season that Friday.

295. Roxanne M. questioned whether this was what school administration considered proper and adequate punishment and what message the District was sending by doing this.

296. Roxanne M. stated her concerns about the Peotone School Administration's indifference to responding immediately and appropriately to harassment and threats toward African American students.

297. Kimberly B., mother of Darius B., an African American former male student, reported racial incidents to the Peotone School Board.

298. Kimberly B. explained that Darius B. attended Peotone High School for his sophomore and junior years but was removed from Peotone and was then attending a private school for his senior year.

299. Kimberly B. identified disparate treatment of Black children compared to white children as one of the main reasons her son was removed from the school.

300. Kimberly B. stated that when a white student or parent complains, there is immediate intervention and attention.

301. Kimberly B. stated that when Black students and families complain and need assistance or intervention, they are met with resistance and recalcitrance.

302. Kimberly B. identified the District's failure to warn and failure to protect Black families and their children as another reason her son was removed from the school.

303. Kimberly B. described an active threat by a white student circulated to students in which the white student threatened to "Kill all the "Ns.""

304. Kimberly B. stated that no one from the District warned students or parents about the threat.

305. Kimberly B. identified the District's attempt to cover up its inaction and threats toward Black students and families as another reason her son had to be removed from the school because the rampant racism persisting at the school had become intolerable.

306. Kimberly B. stated that the Principal and Superintendent admitted to her family that they were aware of the threatening and racist video posted six months earlier and had lied about or tried to cover up knowing of its existence when confronted.

307. Kimberly B. stated that her family had to learn about the existence of the threatening racist hate-crime video from another student.

308. The Board failed to act, intervene, or address these issues.

309. Megan B. spoke on behalf of her sister-in-law Shavon B. and her niece, who was also a former student along with Darius B.

310. Megan B. stated that both students had to be removed because of racism, safety concerns, and concerns for their mental and emotional well-being.

311. Megan B. spoke about the responsibility and expectations of setting and enforcing proper guidelines and rules and distributing adequate punishment when guidelines and rules are broken.

312. Megan B. stated that when school administration fails to set and enforce rules appropriately and intentionally breaks its own guidelines on enforcement, implementation, and reporting, parents of victimized children cannot trust the school to provide a safe and non-hostile environment for learning.

313. Megan B. stated that adolescent educational institutions also share an obligation to help mold and shape students into respectful, diversified, and productive members of society.

314. Megan B. questioned how the District was meeting the needs of all students when there was disparate treatment.

315. Megan B. stated that when parents inform the School Board, they are met with a School Board whose behavior demonstrates complicity with disparate treatment based on race and unwillingness to educate students on diversity and racism.

316. Megan B. questioned how any parent of a child of color could feel that their children would be physically and emotionally safe in the environment perpetuated by Peotone School Administration and the School Board.

317. The Board failed to respond or take action.

**J.      Defendant Had Actual Knowledge and Responded with Deliberate Indifference.**

318. Defendant had actual knowledge of the racially hostile environment through direct reports to administrators, including Principal Jason Spang, Assistant Principal Amy Adamow, Assistant Principal Paul Taeuber, Superintendent Steve Stein, Athletic Director Steve Strough, Principal Scott Wenzel, and other school personnel.

319. Defendant had actual knowledge through incidents occurring in the presence of teachers and staff, including racial slurs in classrooms, racial bullying during class, racially derogatory imagery printed from school computers, harassment in the lunchroom, harassment on school buses, and racially charged conduct by coaches and teachers.

320. Defendant had actual knowledge through parent and grandparent meetings, including the October 21, 2022, meeting regarding football-team harassment, the May 17, 2023, meeting regarding the "Burn a Nigger pass" and threats, and multiple school board meetings in June, August, September, and October 2023.

321. Defendant knew that African American students, including Plaintiff, were being subjected to repeated anti-Black slurs, racist imagery, racially charged exclusion, threats of violence, differential discipline, and inadequate administrative protection.

322. Defendant nevertheless failed to take prompt and effective action reasonably calculated to end the harassment.

323. Defendant failed to consistently discipline perpetrators of racial harassment.

324. Defendant allowed students involved in racist harassment to continue participating in important school activities, including graduation and football games.

325. Defendant failed to implement adequate safety plans after reports of racial harassment and threats.

326. Defendant failed to adequately investigate and address the racial group chats described by students.

327. Defendant failed to timely check a threatening student's belongings after parents requested a weapons check due to threats.

328. Defendant failed to notify African American students and parents about known threats, including a death threat, by a white student who posted a video containing threatening racist content.

329. Defendant failed to adopt or enforce clear handbook consequences for racial harassment and racial threats.

330. Defendant failed to implement promised safety measures, including metal detectors and cameras, after assuring parents and community members that such measures were planned.

331. Defendant failed to implement effective diversity, equity, inclusion, climate, and culture reforms despite repeated notice that existing policies were ineffective.

332. Defendant's response was clearly unreasonable in light of known circumstances.

333.    Defendant's deliberate indifference made Plaintiff vulnerable to continued harassment and contributed to the hostile educational environment.

**K.      Plaintiff Suffered Educational and Emotional Harm.**

334.    Plaintiff suffered humiliation, fear, emotional distress, and loss of equal access to school programs and activities as a result of Defendant's racially hostile environment.

335.    Plaintiff was subjected to race-based exclusion on the girls' soccer team and was picked last approximately 98% of the time during scrimmage selections.

336.    Plaintiff was discouraged from continuing participation in school athletics because the coaches failed to protect her from discriminatory treatment.

337.    Plaintiff witnessed and experienced repeated use of the word "Nigger" and other anti-Black hostility in school settings.

338.    Plaintiff was present for and affected by lunchroom harassment targeting African American girls.

339.    Plaintiff was directly involved in confronting Christopher T. about the "Burn a Nigger pass" and was threatened by Leo B. during the school-bus incident.

340.    Plaintiff's concern about racial group chats demonstrated that the harassment was broader than one document or one interaction.

341.    Plaintiff did not return to the ordinary school environment after the May 2023 incidents and after hearing her peers' reactions to the school assembly.

342.    Plaintiff had to take final exams in the Peotone High School office rather than in the normal educational environment.

343.    Defendant's failures deprived Plaintiff of the same safe, secure, and non-hostile educational environment provided to white students.

## COUNT I TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 RACIALLY HOSTILE EDUCATIONAL ENVIRONMENT

344. Plaintiff realleges and incorporates by reference paragraphs 1 through 343 as though fully set forth herein.

345. Title VI provides that no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, denied the benefits of, or subjected to discrimination under any program or activity receiving federal financial assistance.

346. Defendant is a recipient of federal financial assistance.

347. Plaintiff is African American and is a member of a protected class.

348. Plaintiff was subjected to unwelcome race-based harassment, racial exclusion, racial humiliation, racially derogatory conduct, and threats within Defendant's educational programs and activities.

349. The harassment was severe, pervasive, and objectively offensive.

350. The harassment included repeated use of anti-Black slurs, racially derogatory imagery, exclusion from athletic participation, physical targeting in the lunchroom, threats on a school bus, racially hostile group-chat references, and a racially violent document described as a "Burn a Nigger pass."

351. The harassment occurred in school-controlled settings, including classrooms, athletic programs, the lunchroom, school buses, school hallways, school assemblies, and school board proceedings.

352. Defendant had actual knowledge of the harassment.

353. Defendant had actual knowledge because students, parents, grandparents, teachers, and community members repeatedly reported racial harassment to school officials and the School Board.

354. Defendant also had actual knowledge because many incidents occurred in the presence of teachers, coaches, bus personnel, administrators, and other school employees.

355. Defendant acted with deliberate indifference to the known racial harassment.

356. Defendant's responses were clearly unreasonable because Defendant failed to promptly and effectively discipline perpetrators, failed to implement safety plans, failed to stop recurring harassment, failed to notify families of known threats, failed to enforce meaningful consequences, and failed to protect African American students from foreseeable continued harassment.

357. Defendant's deliberate indifference caused Plaintiff to be deprived of equal access to educational benefits and opportunities.

358. Plaintiff was denied equal participation in athletics, was subjected to a racially hostile school climate, feared for her safety, and was unable to continue accessing the ordinary school environment on equal terms.

359. Defendant's conduct violated Title VI.

360. As a direct and proximate result of the foregoing misconduct, the Plaintiff's constitutional rights were violated, Plaintiff's rights under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000(d) were violated, and Plaintiff sustained severe and permanent injuries and damages in an amount in excess of $100,000.00.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Benjamin Person, a minor, by his Father and Next Friend, Corey Person, respectfully requests that this Court enter judgment in her favor and against Defendant, Peotone Community Unit School District 207-U, and award the following relief: Compensatory damages in an amount to be determined by a jury; Declaratory judgment that

Defendant violated Plaintiff's rights under Title VI; Injunctive relief requiring Defendant to adopt and enforce effective policies, procedures, training, reporting mechanisms, safety measures, and disciplinary consequences to prevent and remediate racial harassment; Reasonable attorney's fees and costs as permitted by law; Prejudgment and post-judgment interest as permitted by law; Such other and further relief as this Court deems just and proper.

### COUNT II WILLFUL AND WANTON NEGLIGENCE

361. Plaintiff realleges and incorporates by reference paragraphs 1 through 360 as though fully set forth herein.

362. At all times while the Plaintiff was enrolled as a student in schools operated by the Defendant, the Defendant had a duty to supervise its teachers, administrators, staff, and student body to prevent discrimination, bullying, and harassment based on race against the Plaintiff and against all students within the District.

363. At all times the Defendant was aware of the multiple instances of racial discrimination, bullying, and harassment, referenced above and incorporated herein, committed by its teachers, stall, administrators, and students.

364. Despite actual knowledge of said racial discrimination, bullying, and harassment, the Defendant willfully, wantonly, recklessly, and intentionally failed to supervise its teachers, staff, administrators, and students to effectively eliminate their racially improper conduct in one of more of the following ways:

> (a) Willfully, wantonly, recklessly, and intentionally failed to institute policies and procedures to ensure prompt reporting of racially discriminatory conduct;

(b) Willfully, wantonly, recklessly, and intentionally failed to train its teachers, staff, and administrators to identify racially discriminatory conduct and take effective measures to stop it when it knew or should have known such conduct was ongoing within the District and training was necessary to prevent it;

(c) Willfully, wantonly, recklessly, and intentionally failed to monitor its teachers, staff, administrators, and students for racially discriminatory conduct when it knew or reasonably should have known such conduct was ongoing within the District and monitoring of teachers, staff, administrators, and students was necessary to prevent it;

(d) Willfully, wantonly, recklessly, and intentionally failed to discipline teachers, staff, administrators, and students who engaged in racially discriminatory behavior when it knew of reasonably should have known such discipline was necessary to prevent it;

(e) Willfully, wantonly, recklessly, and intentionally failed to warn the Plaintiff's parents about the known risk of physical violence and emotional harm present within the District; and

(f) Willfully, wantonly, recklessly, and intentionally failed to protect the Plaintiff from a known risk of physical violence and emotional harm present within the District.

365. As a direct and proximate result of the foregoing misconduct, the Plaintiff's constitutional rights were violated, Plaintiff's rights under Title VI of the Civil Rights Act of

1964, 42 U.S.C. § 2000(d) were violated, and Plaintiff sustained severe and permanent injuries and damages in an amount in excess of $100,000.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Plaintiff, Benjamin Person, a minor, by his Father and Next Friend, Corey Person, respectfully requests that this Court enter judgment in her favor and against Defendant, Peotone Community Unit School District 207-U, and award the following relief: Compensatory damages in an amount to be determined by a jury; Declaratory judgment that Defendant violated Plaintiff's rights under Title VI; Injunctive relief requiring Defendant to adopt and enforce effective policies, procedures, training, reporting mechanisms, safety measures, and disciplinary consequences to prevent and remediate racial harassment; Reasonable attorney's fees and costs as permitted by law; Prejudgment and post-judgment interest as permitted by law; Such other and further relief as this Court deems just and proper.

Respectfully submitted,

Law Offices of Stephanie L. White, P.C.

/s/ Daniel K. Fritz
One of Plaintiffs' Attorneys

Atty. No. 6279507
Law Offices of Stephanie L. White, P.C.
161 N. Clark Street, Suite 2550
Chicago, IL 60601
Tel. No. 312-380-7900
swhite@slw-law.com
dfritz@slw-law.com